United States District Court
Southern District of Texas
**ENTERED**
December 14, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINA TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2771 |
| | § | |
| MANUEL PUENTE JR. AND VELMA L. PUENTE, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Christina Trust, sued Manuel Puente Jr. and Velma Puente, Caring Companions, LLC and Karena Garcia, seeking a declaratory judgment to foreclose on the plaintiffs' real property to enforce a mortgage lien, based on the plaintiffs' failure to pay their mortgage loan. The motion and supporting documents show that the defendants have been served but have failed to appear in this action. Entry of default is proper under Rule 55(a). The motion,( Docket Entry 7), is granted

No later than January 15, 2016, the plaintiffs must file a motion for judgment by default, providing proof of notice to the defendants; submit affidavits with supporting documentation of the relief sought, and submit affidavit evidence of any attorneys' fees sought, including a precise explanation of the reasonable charges for necessary service to prosecute this case.

SIGNED on December 14, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge