United States District Court
Southern District of Texas
**ENTERED**
January 12, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINA TRUST, *a division of Wilmington Savings Fund Society, FSB, not in its individual capacity as Trustee of ARLP Trust 3* | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-2771 |
| MANUEL PUENTE, JR. and VELMA L. PUENTE, | § § § § | |
| Defendants. | § | |

## ORDER STAYING AND ORDERING THE DEFENDANTS TO FILE ANY RESPONSE TO THE MOTION FOR REFERRAL BY January 22, 2016

Defendants Manuel Puente, Jr. and Velma L. Puente filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 16-30010 on January 8, 2016. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of a judicial proceeding against the debtor that was commenced before the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). This case is stayed. Existing deadlines are vacated. The case may be reinstated to the active docket on notice to this court of the discontinuance of the bankruptcy stay under 11 U.S.C. § 362(c)(2), provided the notice is filed within 30 days after the stay is discontinued.

Trustee has filed a motion for referral to the bankruptcy court. (Docket Entry No. 10). That motion is opposed by the Puentes's bankruptcy counsel. Any response to the motion is due by **January 22, 2016**.

SIGNED on January 12, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge