United States District Court
Southern District of Texas
**ENTERED**
January 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINA TRUST, *a division of Wilmington Savings Fund Society, FSB, not in its individual capacity as Trustee of ARLP Trust 3* | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-2771 |
| MANUEL PUENTE, JR. and VELMA L. PUENTE, | § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff filed a motion to withdraw the motion for a referral tot he Bankruptcy court. (Docket Entry No. 12). The motion is granted. The motion to refer, Docket Entry No. 10, is terminated as withdrawn.

SIGNED on January 22, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge